UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

RICHARD ZELMA, et al.                              *

    *Plaintiffs*                                      *        Case # 6:10-cv-357-Orl-31KRS

v.                                                 *

DON WILLIAMS, et al.                               *

    *Defendants*                                     *
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR PRO HAC VICE SPECIAL ADMISSION OF MICHAEL C. WORSHAM

Plaintiffs, through undersigned counsel, move for the special admission of Michael C. Worsham for this case. Plaintiffs state that:

1. Undersigned counsel is a member in good standing of the bar of Florida and of this Court, with Bar #27584, and is moving for the special admission of Michael Craig Worsham.

2. The proposed admittee is not a member of the Florida bar and does not maintain any law office in Florida.

3. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| | |
|---|---|
| Maryland Court of Appeals (State Bar): | Admitted in: June 1998 |
| District of Columbia Superior Court: | Admitted on: April 9, 1999 |
| U.S. District Court for the District of Maryland: | Admitted in: November 1999 |
| U.S. Court of Appeals for the Fourth Circuit: | Admitted on: May 25, 2001 |
| U.S. District Court for the District of Columbia: | Admitted on: July 2, 2001 |
| U.S. Court of Appeals for the District of Columbia: | Admitted on: Aug. 15, 2001 |
| U.S. Court of Appeals for the Second Circuit: | Admitted on: June 22, 2001 |
| U.S. Supreme Court: | Admitted on: October 9, 2001 |

4. During the 12 months immediately preceding this motion, the proposed admittee has not been admitted *pro hac vice* in this Court.

5. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

6. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

7. The proposed admittee regularly practices in the federal courts, and is familiar with the CM/ECF electronic filing procedures.

8. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

9. The undersigned movant will serve as co-counsel in these proceedings.

10. The Court's Special Admission Attorney Certification, and required $10 fee, are being filed contemporaneously with this Motion.

Respectfully submitted,

/s/ *Matthew L. Cersine*  
Matthew L. Cersine, Esq.  
Matthew L. Cersine, P.L.  
523 West Colonial Drive, Suite A  
P.O. Box 691191  
Orlando, FL 32804  
Phone: (407) 459-1935  
Mobile: (407) 592-7326  
Fax: (407) 218-5098  
Mcersine@Cersinelaw.com  
Florida Bar #27584  
*Attorney for Plaintiffs*

/s/ *Michael C. Worsham*  
Michael C. Worsham, Esq.  
Law Office of Michael C. Worsham  
1916 Cosner Road  
Forest Hill, Maryland 21050  
(410) 557-6192,  
Fax: (410) 510-1870  
mcw@worshamlaw.com  
Maryland federal Bar # 25923

PROPOSED ADMITTEE